DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MALIK ZAMAN,**
Appellant,

v.

**USMAN BUTT,**
Appellees.

No. 4D2024-2579

[January 8, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Bell, Judge; L.T. Case No. 50-2014-CA-015024-XXXX-MB-AF.

Malik Zaman, Palm Beach Gardens, pro se.

Gregory A. Kummerlen of Kummerlen Law, PLLC, Jupiter, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***